IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

JAMES EARL COOPER,              )
                                )
            Plaintiff,          )
                                )
     v.                         )      1:13CV571
                                )
LEON STANBACK,                  )
                                )
            Defendant.          )

**ORDER**

On May 2, 2014, the United States Magistrate Judge's Order, Memorandum Opinion and Recommendation was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. (Docs. 10 and 11.) No objections were filed within the time prescribed by § 636.

Therefore, the court need not make a de novo review and the Magistrate Judge's Recommendation is hereby adopted.

**IT IS THEREFORE ORDERED** that Plaintiff's motions for entry of default and default judgment (Docs. 6 and 8) are **DENIED**.

This the 27th day of May, 2014.

_____
United States District Judge